DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 201P15-2 | Twan Bey (Antwan L. Burns) v. Harnett County District Court Jacquelyn L. Lee | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
|---|---|---|---|
| 202P15 | State v. Charles Jacob Rumley | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1162) | Denied |
| 209P15 | State v. Keeandus Rashad Barnes *aka Keeblocka El Rashad Ali* | Def's PDR Under N.C.G.S. § 7A-31 (COA14-840) | Denied |
| 223PA15 | State v. Robert Bishop | 1. Motion to Admit Eugene Volokh *Pro Hac Vice*<br><br>2. Electronic Frontier Foundation's Motion for Leave to File Amicus Brief | 1. Allowed<br><br>2. Allowed |
| 227P08-4 | State v. Sabas Ibarra | Def's *Pro Se* Motion for PDR (COAP15-569) | Denied |
| 232P15 | State v. Edward Durant Hicks | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1175) | Denied |
| 241P15 | State v. Rashawn Mackey | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-883)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as moot |
| 246P15 | Lisa Green-Hayes v. Handcrafted Homes, LLC | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-904) | Denied |
| 252P15 | In the Matter of D.L.W., D.L.N.W., V.A.W. | 1. Petitioner and GAL's Motion for Temporary Stay (COA14-1341)<br><br>2. Petitioner and GAL's Petition for *Writ of Supersedeas*<br><br>3. Petitioner and GAL's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/22/2015**<br><br>2. Allowed<br><br>3. Allowed |